TERRI KOSCHNICK AND JOY BUCHMAN,

      Plaintiffs,

v.                                  Case No. 26-CV-833

TONY EVERS, DAN HERETH, JESSICA
BOWERS, CHRISTOPHER J. WEBSTER,
JOSHUA R. LEE, C. TERRANCE
ERICKSON, ANN GLAVAN, SHAWNA R.
HANSEN, SHENG LEE YANG, MARIETTA
LUSTER, NICK M. RAEF, ANDREA L.
SIMON, TIM R. STRAIT, and PATRICK
STUMBRAS, each in their official capacity,

      Defendants.

## PLAINTIFFS' DISCLOSURE STATEMENT

The undersigned, counsel of record for Terri Koschnick and Joy Buchman, Plaintiffs, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. of P. 7.1:

**Civil L. R. 7.1(a)(1)**: Terri Koschnick and Joy Buchman.

**Civil L. R. 7.1(a)(2)(A)**: Plaintiffs state there is no such corporation.

**Civil L. R. 7.1(a)(3)**: The law firm expected to appear for Plaintiffs is the Wisconsin Institute for Law & Liberty, Inc.

Dated: May 12, 2026

Respectfully Submitted,

                                WISCONSIN INSTITUTE
                                FOR LAW & LIBERTY

*s/ Daniel P. Lennington*

Daniel P. Lennington (#1088694)
Luke N. Berg (#1095644)
Rebecca C. Furdek (#1101543)

1241 N. Franklin Place
Milwaukee, WI 53202
Phone: (414) 727-9455

dan@will-law.org
luke@will-law.org
rebecca@will-law.org

*Attorneys for Plaintiffs*