# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| Terri Koschnick and Joy Buchman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    26-cv-833 |
| Tony Evers, in his official capacity, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Terri Koschnick and Joy Buchman                                                                    .

Date:      05/12/2026

s/ Rebecca C. Furdek
*Attorney's signature*

Rebecca C. Furdek, WI Bar No. 1101543
*Printed name and bar number*

Wisconsin Institute for Law & Liberty, Inc.
1241 North Franklin Place
Milwaukee, WI 53202

*Address*

rebecca@will-law.org
*E-mail address*

(414) 727-9455
*Telephone number*

*FAX number*

| Print | Save As... | Reset |
|---|---|---|