# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| Terri Koschnick and Joy Buchman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   26-cv-833 |
| Tony Evers, in his official capacity, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Terri Koschnick and Joy Buchman                                                                    .

Date:       05/12/2026

s/ Luke N. Berg
*Attorney's signature*

Luke N. Berg, WI Bar No. 1096544
*Printed name and bar number*

Wisconsin Institute for Law & Liberty, Inc.
1241 North Franklin Place
Milwaukee, WI 53202

*Address*

luke@will-law.org
*E-mail address*

(414) 727-9455
*Telephone number*

*FAX number*

**Print**      **Save As...**      **Reset**