IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

TERRI KOSCHNICK, et al.,

     Plaintiffs,

    v.                                Case No. 26-CV-0833-BHL

TONY EVERS, et al.,

     Defendants.

## DEFENDANTS' MOTION FOR EXTENSION

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants move for a two-week extension of time to respond to Plaintiffs' complaint for the reasons below. Counsel for Plaintiffs do not oppose this motion. No memorandum or other papers will be filed in support of this motion unless requested by this Court.

Defendants' response to the complaint is currently due on Monday, July 13. Defendants request a two-week extension, to Monday, July 27. Defendants seek this extension for a confluence of factors, including the need to coordinate a response from multiple defendants (including Tony Evers, the governor of the State of Wisconsin; Dan Hereth, the Secretary of the Wisconsin Department of Safety and Professional Services; and 12 members of the Marriage and Family Therapy, Professional Counseling, and Social Work

Examining Board), preexisting vacation schedules, and deadlines in other cases for Defendants' counsel and support staff.

Accordingly, Defendants ask this Court to grant the extension.

Dated this 10th day of July 2026.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Aaron J. Bibb
AARON J. BIBB
Assistant Attorney General
State Bar #1104662

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0810
(608) 294-2907 (Fax)
aaron.bibb@wisdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on July 10, 2026, I electronically filed the foregoing Defendants' Motion for Extension with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 10th day of July 2026.

s/ Aaron J. Bibb
AARON J. BIBB
Assistant Attorney General

Case 2:26-cv-00833-BHL    Filed 07/10/26    Page 3 of 3    Document 7