# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

TERRI KOSCHNICK, et al.,

      Plaintiffs,

v.

                                    Case No. 26-CV-0833-BHL

TONY EVERS, et al.,

      Defendants.

## DECLARATION OF JESSICA BOWERS

      I, Jessica Bowers, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an adult resident of the State of Wisconsin who presently lives in Portage County.

2. I am the Chairperson of the Marriage and Family Therapy, Professional Counseling, and Social Work Examining Board.

3. I understand that on March 31, 2026, the United States Supreme Court issued a decision in *Chiles v. Salazar*, 146 S. Ct. 1010 (2026), holding that strict scrutiny applies to a Colorado law that bans conversion therapy, as it is applied to the practice of talk therapy.

4. I understand that the case has been remanded to the United States District Court for the District of Colorado to determine whether the Colorado law satisfies strict scrutiny as applied to the practice of talk therapy.

5. The Board has received no complaints under Wis. Admin. Code MPSW § 20.02(25) (the "Rule") related to talk therapy since March 31, 2026.

6. The Board will take no disciplinary action under the Rule against any license holder for any talk therapy provided before the Colorado district court's decision on remand.

7. If the Colorado district court holds that Colorado's law fails strict scrutiny as applied to talk therapy, the Board will commence a rulemaking project to make any needed revisions to Wisconsin's rule.

8. If the Board commences such a rulemaking project, the Board will continue to take no disciplinary action under the rule against any license holder for any talk therapy that would otherwise violate the rule.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23rd, 2026

*Jessica Bowers, MSW, CAPSW*

Jessica Bowers

2