UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TERRI KOSCHNICK AND JOY BUCHMAN,

Plaintiffs,

v. Case No. 26-cv-0833-BHL

TONY EVERS, DAN HERETH, JESSICA BOWERS, CHRISTOPHER J. WEBSTER, JOSHUA R. LEE, C. TERRANCE ERICKSON, ANN GLAVAN, SHAWNA R. HANSEN, SHENG LEE YANG, MARIETTA LUSTER, NICK M. RAEF, ANDREA L. SIMON, TIM R. STRAIT, and PATRICK STUMBRAS, each in their official capacity,

Defendants.

**RESPONSE TO DEFENDANT DAN HERETH'S MOTION TO DISMISS**

On July 27, 2026, Defendant Hereth filed a Motion to Dismiss, stating that the Marriage and Family Therapy, Professional Counseling, and Social Work Examining Board is a "distinct unit" within the Department of Public Safety pursuant to Wis. Stat. § 15.03, such that Secretary Hereth is "entirely disconnected from the Board's exercise of its rulemaking and enforcement powers." ECF No. 10 at 3. Based on that attestation, and as Secretary Hereth has only been sued in his official capacity, Plaintiffs do not object to Defendant Hereth's dismissal from this lawsuit at this time.

Dated: August 17, 2026

Respectfully Submitted,

WISCONSIN INSTITUTE FOR
LAW & LIBERTY

*/s/ Rebecca C. Furdek*

Daniel P. Lennington (WI Bar No. 1088694)
Luke N. Berg (WI Bar No. 1095644)
Rebecca C. Furdek (WI Bar No. 1101543)

1241 North Franklin Place
Milwaukee, WI 53202
Phone: (414) 727-9455

Dan@will-law.org
Luke@will-law.org
Rebecca@will-law.org

*Attorneys for Plaintiffs*